SCANNED

# United States District Court

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

## DISTRICT OF MAINE

2011 NOV 10 P 2: 01

DEPUTY CLERK

In the Matter of the Seizure of
(Address or other description of property or premises to be seized)

**Up to $20,000 in bank account # 4600310154 at Bank of America, held in the name of Forty East Plaza, Inc./Zi Qian Zhang**

## SEIZURE WARRANT

**CASE NUMBER: 11-mj-207-JHR**

To: HSI Special Agent William H. Hoyt and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent William H. Hoyt
Affiant
who has reason to believe that in the District of Maine there is now certain property which is subject to seizure as all of which is constitutes evidence, fruits and instrumentalities of a crime within the meaning of F.R.Crim.P 41(c), and which is subject to seizure pursuant to 18 U.S.C. § 981(b)(civil) and 21 U.S.C. § 853(f)(criminal) and forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(b)(2), 982(a)(6)(A), 984, and 8 U.S.C. § 1324(b); namely:

**Up to $20,000 in bank account # 4600310154 at Bank of America, held in the name of Forty East Plaza, Inc./Zi Qian Zhang**

I am satisfied that the affidavits establish probable cause to seize the property and that other means of restraining the property may not be sufficient to assure the availability of the property for forfeiture.

YOU ARE HEREBY COMMANDED to execute this warrant and search on or before November 18, 2011 (not to exceed 10 days) the financial institution identified above, for the property specified above, by serving this warrant and making the search in the daytime, and if the property be found there to seize same by **freezing the account** so that it may not be withdrawn, debited, removed or reduced in any fashion by any person, **but allowing additional credits to the account to be received for a period of up to 14 days from the date of the seizure**. You are further commanded to leave a copy of this warrant and a receipt for any property taken, and prepare a written inventory of the property seized and promptly return this warrant as required by law to:

John H. Rich, III, United States Magistrate Judge as required by law.
U.S. Judge or Magistrate

November 10, 2011 @ 11:30 am — Portland, Maine
Date and Time Issued — City and State

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By: [signature] Deputy Clerk

John H. Rich, III, U.S. Magistrate Judge — [signature]
Name and Title of Judicial Officer — Signature of Judicial Officer

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ____________

____________________
*Executing officer's signature*

____________________
*Printed name and title*